**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name: Rajfik Dominique Keating v. The State of Texas

Appellate case number: 01-19-00981-CR

Trial court case number: 1644110

Trial court: 183rd District Court of Harris County

On December 4, 2020, Thomas J. Lewis, court-appointed counsel for appellant Rajfik Dominque Keating, filed a motion to withdraw as appellant's attorney of record in the above-referenced appeal. In the motion, Lewis requests that he be permitted to withdraw and new appellate counsel be appointed to represent appellant by the trial court. *See* TEX. CODE CRIM. PROC. art. 1.051(d) (instructing that "eligible indigent defendant is entitled to have the trial court appoint an attorney to represent him in . . . an appeal to the court of appeals"); *see also* TEX. CODE CRIM. PROC. art. 26.04 (conferring trial courts with authority to appoint new counsel).

The motion to withdraw does not comply with the requirements of Texas Rule of Appellate Procedure 6.5. *See* TEX. R. APP. P. 6.5(a) (listing information and statements motion for leave to withdraw as counsel "*must* contain," including party's name and last known address and telephone number; statement that copy of motion was delivered to party; and statement that party was notified in writing of right to object to motion) (emphasis added); TEX. R. APP. P. 6.5(b) ("The motion *must* be delivered to the party in person or mailed–*both by certified and first-class mail*–to the party at the party's last known address.") (emphasis added).

Accordingly, the motion is **DENIED**.[1]

---

[1]     To the extent Lewis files a motion to withdraw in compliance with the Texas Rules of Appellate Procedure, this Court will be required to enter an order abating this appeal and directing the trial court to appoint substitute counsel, at no expense to appellant, to represent him on appeal. *See* TEX. CODE CRIM. PROC. ANN. art. 1.051(a), (c), (d)(1); 26.04(a), (b)(1), (p); *see also Brooks v. State*, No. 03-16-00511-CR, 2016 WL 5363737, at *1 (Tex. App.—Austin Sept. 22, 2016) (abating appeal upon filing of motion to withdraw as counsel and remanding cause to trial court for hearing).

It is so ORDERED.

Judge's signature: /s/ Terry Adams

⊠ Acting individually ☐ Acting for the Court

Date: December 15, 2020